# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRACY M. MCCANTS,<br><br>          **Plaintiff,**<br><br>vs.<br><br>JONATHAN ANDERSON, in their individual capacity; DECARLO KERR, in their individual capacity; and ELIZABETH VOORVART, in their individual capacity;<br><br>          **Defendants.** | 4:24CV3027<br><br>**ORDER** |

       This matter comes before the Court on Plaintiff's Unopposed Motion to Order Release of Documents (Filing No. 62). Plaintiff seeks a Court Order directing the Nebraska Department of Corrections to release certain records pursuant to Neb. Rev. Stat. § 83-178(2). No party objects to the Court issuing such order. After review of the motion, attachments, and requested records, the Court finds good cause to issue such order. The parties also request that the Court enter a Protective Order governing the disclosure of confidential discovery material during this proceeding. The Court will grant that request and enter the Protective Order separately. Accordingly,

       **IT IS ORDERED:**

1. Plaintiff's Unopposed Motion to Order Release of Documents (Filing No. 62) is granted.
2. Pursuant to Neb. Rev. Stat. § 83-178(2), the Nebraska Department of Corrections shall release the following records requested by Plaintiff:
   a. <u>Requested Record 3</u>: All documents relating to William Wright's Custody Level classification at the Reception and Treatment Center in the NDCS.
   b. <u>Requested Record 4</u>: All documents relating to Tracy McCants's Custody Level classification at the Reception and Treatment Center in the NDCS.
   c. <u>Requested Record 5</u>: A blueprint or map showing the unit McCants was housed in from December 9, 2023 to December 15, 2023, including the location of the cell where McCants and Wright were housed together.

d. <u>Requested Record 8</u>: All blueprints, maps or photographs of the cell where McCants was bunked with Wright.

e. <u>Requested Record 9</u>: All photographs and video footage taken in the investigation of the assault by Wright on McCants.

f. <u>Requested Record 15</u>: Any memoranda, correspondence, emails, disciplinary records, or other documents which discuss or address assigning McCants to the same cell as Wright.

g. <u>Requested Record 16</u>: Any memoranda, correspondence, emails, disciplinary records, or other documents which discuss or address the assault by Wright on McCants

h. <u>Requested Record 18</u>: A copy of each and every medical record pertaining to McCants during his period of incarceration at the Reception and Treatment Center including, but not limited to, all medical records dated on and after December 15, 2023.

i. <u>Requested Record 19</u>: A copy of each and every memorandum, report, notation, e-mail communication, text message, electronic message (e.g., Microsoft Teams, Slack, etc.), audio message, voicemail, or other like documentation and/or recording pertaining to McCants's medical treatment at the Reception and Treatment Center, including—but not limited to—his medical treatment and visitations on and after December 15, 2023.

j. <u>Requested Record 21</u>: Copies of any documentation related to the medical treatment, evaluation, and/or supervision of McCants at the Reception and Treatment Center including, but not limited to, all such documentation and records that were created on or after December 15, 2023.

Dated this 25th day of July, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge