## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRACY M. MCCANTS,<br><br>               Plaintiff,<br><br>    vs.<br><br>JONATHAN ANDERSON, in their individual capacity; DECARLO KERR, in their individual capacity; and ELIZABETH VOORVART, in their individual capacity;<br><br>               Defendants. | **4:24CV3027**<br><br><br>**ORDER** |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 80) is granted and Tyrone Fahie is deemed withdrawn as counsel of record for Defendants in this case. The Clerk of Court shall terminate electronic notice to Tyrone Fahie in this case.

Dated this 30th day of March, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge